UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ABS HEALTHCARE SERVICES, LLC,　　　　　　CASE NO. 0:21-CV-60859-RKA
HEALTH OPTION ONE, LLC and
ONE STOP QUOTES, INC.

　　　　　Plaintiffs,
v.

ANDREW SHADER, COREY SHADER,
NATIONAL HEALTH SOLUTIONS, INC.,
INFINIX MEDIA LLC, PRODIGY
HEALTH GROUP LLC, ADAM BEEMAN,
JOY STORMONT, ALLIANCE
MARKETING CORPORATION, KRATOS
INVESTMENTS LLC, HEALTH TEAM
ONE LLC, RICHARD RYSCIK,
SCOTT OFFUTT, BEEMAN'S FUTURE,
INC., CS MARKETING LLC, and
C SHADER INVESTMENTS LLC,

　　　　　Defendants.
_____/

## JOINT REQUEST FOR JUDICIAL NOTICE

Defendants, pursuant to Fed.R.Evid. 201, jointly and respectfully request that this Court take judicial notice of the Related Case Table attached as Exhibit 1, together with the various complaints, demands for arbitration, orders and docket reports attached thereto, as these materials are appropriately considered in connection with Defendants' Joint Consolidated Motion To Dismiss, Abstain, Compel Arbitration and/or Stay.

Federal Rule of Evidence 201 permits this Court to take judicial notice of court filings and other matters of public record. *Selane Products, Inc. v. Continental Cas. Co.,* 2020 WL 7253378 (C.D. Cal. 2020) ("Under Federal Rule of Evidence 201, a court may take judicial notice of court filings and other matters of public record," *citing Harris v. Cnty. Of Orange,* 682 F.3d 1126, 1132

(9th Cir. 2012), and *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006)).  Similarly, Rule 201 permits the Court to take judicial notice of the court file in related cases. *Cagan v. Intervest Midwest Real Estate Corp.,* 774 F. Supp. 1089 (N.D. Ill. 1991) (district court could take judicial notice of court file in related case).  Indeed, Rule 201 permits the Court to take judicial notice of another court's order for purposes of recognizing the "judicial act" that the order represents.[1] *U.S. v. Jones,* 29 F.3d 1549, 1553 (11th Cir. 1994) ("[A] court may take judicial notice of another court's order only for the limited purpose of recognizing the 'judicial act' that the order represents or the subject matter of the litigation," *citing U.S. v. Garland,* 991 F.2d 328, 332 (6th Cir. 1993), *Colonial Leasing Co. v. Logisticis Control Group, Int'l,* 762 F.2d 454, 459 (5th Cir. 1985), and *St. Louis Baptist Temple, Inc. v. Federal Deposit Ins. Corp.,* 605 F.2d 1169, 1172-73 (10th Cir. 1979)); *see also Weizmann Institute of Science v. Neschis,* 229 F. Supp.2d 234, 246 (S.D.N.Y. 2002) (court may take judicial notice of documents filed in arbitration not for the truth of the matters asserted therein, but solely to establish the fact of such litigation and related filings.).

The related complaints of ABS Healthcare Services, LLC and Health Option One, LLC (collectively, "ICD") may be judicially noticed for purposes of establishing that ICD asserted allegations and claims in various state court actions that it has now also asserted in the instant action.  Similarly, the court orders compelling ICD to arbitrate its claims against ten (10) of the Defendants named in the instant action are relevant to the question of whether this Court should

---

[1] In this context, Defendants also respectfully request that the Court take judicial notice of the following decisions:  *ABS Healthcare Services, LLC v. Hardill,* 313 So.3d 1162 (Fla. 4th DCA 2021); *ABS Healthcare Services, LLC v. Desola,* 313 So.3d 1163 (Fla. 4th DCA 2021); *Kratos Investments LLC v. ABS Healthcare Services, LLC,* --- So.3d ---, 2021 WL 1009277 (Fla. 3d DCA 2021); *ABS Healthcare Services, LLC v. Shader,* 2021 WL 2115257 (Fla.Cir.Ct.).

compel arbitration and/or stay this proceeding pending the conclusion of arbitrations involving the same purported facts underlying the predicate acts alleged in the complaint.

Finally, copies of the Exclusive Agent Agreements referenced in the complaint in the instant action are attached to the complaints in several different state actions, both those involving several of the Defendants here and other actions involving ICD's former insurance agents. To the extent these former insurance agents and their Exclusive Agent Agreements have been referenced in the instant complaint, this Court may take judicial notice of such referenced materials. *Almanza v. United Airlines, Inc.*, 162 F. Supp. 3d 1341, 1352 (S.D. Ga. 2016) ("[T]he court may take into account facts that are subject to judicial notice and documents that are incorporated into the complaint by reference."), *aff'd*, 851 F.3d 1060 (11th Cir. 2017) (citing *Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322 (2007); Fed. R. Evid. 201(b)(2) ("The court may judicially notice a fact that is not subject to reasonable dispute because it ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.")).

WHEREFORE, Defendants respectfully request that this Court take judicial notice of the Related Case Table attached as Exhibit 1, together with the various complaints, demands for arbitration, orders and docket reports attached thereto.

Dated: June 4, 2021.

Respectfully submitted,

By: /s/ Benjamine Reid
Benjamine Reid / Fla. Bar No. 183522
E-mail: bried@carltonfields.com
Alan Grunspan / Fla. Bar No. 451150
E-mail: agrunspan@carltonfields.com
Clifton R. Gruhn / Fla. Bar No. 72542
E-mail: cgruhn@carltonfields.com
CARLTON FIELDS, P.A.
2 MiamiCentral, Suite 1200
700 NW 1st Avenue
Miami, Florida 33136
Telephone: 305-530-0050

**Counsel for Andrew Shader, Corey Shader, National Health Solutions, Inc., Alliance Marketing Corporation**

By: /s/ Howard D. DuBosar
Howard D. DuBosar / Fla. Bar No. 729108
E-mail: hdubosar@wsh-law.com
Harrison R. DuBosar / Fla. Bar No. 1002241
E-mail: HRDuBosar@wsh-law.com
WEISS SEROTA HELFMAN COLE & BIERMAN
1200 N. Federal Highway, Suite 312
Boca Raton, Florida 33432
Telephone: 561-835-2111

**Counsel for Infinix Media LLC, Scott Offutt and CS Marketing LLC**

By: /s/ Samuel A. Lewis
James A. Gale / Fla. Bar No. 371726
E-mail: jgale@cozen.com
Samuel A. Lewis / Fla. Bar No. 55360
E-mail: slewis@cozen.com
David M. Stahl / Fla. Bar No. 84713
E-mail: dstahl@cozen.com
Jonathan E. Gale / Fla Bar No. 106938
E-Mail: jegale@cozen.com
COZEN O'CONNOR
Southeast Financial Center
200 South Biscayne Blvd., Suite 3000
Miami, Florida 33131
Telephone: 305-358-5001

Stephen Miller, *Pro Hac to be filed*
E-mail: samiller@cozen.com
Peter M. Ryan, *Pro Hac to be filed*
E-mail: pryan@cozen.com
Catherine Yun, *Pro Hac to be filed*
E-mail: cyun@cozen.com
**COZEN O'CONNOR**
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: 305-665-2130

**Counsel for Prodigy Health Group LLC, Adam Beeeman, Joy Stormont, Kratos Investments LLC, Health Team One LLC, Richard Ryscik, Beeman's Future Inc., and C Shader Investments LLC**