# Exhibit 1

# ABS HEALTHCARE SERVICES, LLC, AND HEALTH OPTION ONE, LLC (collectively, "ICD") RELATED CIVIL CASES AND ARBITRATIONS FILED SINCE APRIL 2020

(Parties in common with No. 21-CV-60859-RKA are listed in *Bold Italics*)

## RELATED CIVIL CASE NO. 1

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006195<br><br>Chief Judge Jack Tuter<br><br>Filed: April 9, 2020<br><br>**Complaint and docket attached as EXHIBITS [A-1 and A-2]** | ***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>***Andrew Shader, Corey Shader, National Health Solutions, Inc. ("NHS")***, *Infinix Media LLC ("Infinix")*, ***Prodigy Health Group, LLC ("Prodigy"), Adam Beeman, Joy Stormont, Alliance Marketing Corporation ("AMC")*** | **COUNT I**<br>Breach of the January 19, 2019 Agreement for Payment of Fees, Compensation and Residuals (as amended January 29, 2019)<br><br>**COUNT II**<br>Tortious Interference with Agent Contracts<br><br>**COUNT III**<br>Tortious Interference with Business Relationships (prospective customers)<br><br>**COUNT IV**<br>Misappropriation of Trade Secrets, Fla. Stat. Chap. 688, Florida Uniform Trade Secrets Act ("FUTSA")<br><br>**COUNT V**<br>Violation of Non-Compete, Fla. Stat. Chap. 542<br><br>**COUNT VI**<br>Declaratory Judgment | **Paragraph 27:**<br>"These Defendants used Prodigy and Infinix *surreptitiously and in violation of the Agreement to illicitly compete with ICD and steal ICD's proprietary trade secrets, business model, agents and customer base*. Upon information and belief, Defendants have funded other companies for a similar purpose and have *provided financial incentives to agents to convince them to violate their contracts with Plaintiffs*." | Prodigy/Beeman/Stormont motion to compel arbitration (and Andrew Shader/Corey Shader/NHS/AMC joinder of motion) **GRANTED** on May 4, 2021.<br><br>**Order Compelling Arbitration attached as EXHIBIT [A-3]** |

# RELATED CIVIL CASE NO. 2

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Miami-Dade County Circuit Court<br><br>No. 2020-008460 CA 44<br><br>Hon. William Thomas<br><br>Filed: April 15, 2020<br><br>**Complaint and docket attached as EXHIBITS [B-1 and B-2]** | ***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>***Kratos Investments LLC, Health Team One LLC***, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, **and Richard Ryscik** | **COUNT I**<br>Conspiracy to Breach the ICD Exclusive Agent Agreements<br><br>**COUNT II**<br>Tortious Interference With Agent Agreements<br><br>**COUNT III**<br>Tortious Interference with Business Relationships (prospective customers)<br><br>**COUNT IV**<br>Misappropriation of Trade Secrets<br><br>**COUNT V**<br>Conspiracy to Misappropriate Trade Secrets (with the Agents) | **Paragraph 23:** "***Defendants have conspired*** with others, including Andrew Shader, Corey Shader, National Health Solutions, Inc. ("NHS"), and exclusive licensed agents of ICD (identified below), ***to steal ICD's business by, among other things, setting up sham, competing entities, interfering with the ICD Exclusive Agent Agreements, illicitly soliciting ICD's customers and prospective customers, and misappropriating ICD's confidential information and trade secrets.***"<br><br>**Paragraph 26:** "In order to steal ICD's business, ***Kratos*** has appointed numerous Agents who have ICD Exclusive Agent Agreements and, ***in conspiracy with Andrew Shader, Corey Shader, and NHS, knowingly solicited and induced such Agents to violate and breach their contractual and fiduciary obligations to ICD***. Among those agents are ***Barbara Baca, James Hardill, Bradley Tierney, Francis Desola, Alex Geissler, Adam Bassell, Harry Slater, and Ryan Kelty***." | On March 17, 2021, the Third District Court of Appeal **REMANDED WITH INSTRUCTIONS** to grant motion to compel arbitration as to **ALL** claims.<br><br>On April 25, 2021, the trial court **GRANTED** Defendants' Motion to Compel Arbitration.<br><br>*See Related Arbitration Case No. 3.*<br><br>**Third District Court of Appeal Opinion attached as EXHIBIT B-3; Order Compelling Arbitration attached as EXHIBIT B-4.** |

2

# RELATED ARBITRATION CASE NO. 3

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| American Arbitration Association ("AAA") Commercial Arbitration<br><br>No. 01-21-0003-7170<br><br>Arbitrator: TBD<br><br>Filed: May 4, 2021<br><br>**Demand for Arbitration attached as EXHIBIT [C]** | ***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>***Kratos Investments LLC, Health Team One LLC***, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, ***and Richard Ryscik*** | **COUNT I**<br>Conspiracy to Breach the ICD Exclusive Agent Agreements<br><br>**COUNT II**<br>Tortious Interference With Agent Agreements<br><br>**COUNT III**<br>Tortious Interference with Business Relationships (prospective customers)<br><br>**COUNT IV**<br>Misappropriation of Trade Secrets<br><br>**COUNT V**<br>Conspiracy to Misappropriate Trade Secrets (with the Agents)<br><br>**COUNT VI**<br>Injunctive Relief | **Paragraph 20:**<br>"Respondents have engaged in, and continue to engage in, *a scheme to steal ICD's business*. To carry out the scheme, the *Respondents have conspired*, and continue to conspire, *with others, including Andrew Shader, Corey Shader, National Health Solutions, Inc. ("NHS"), and exclusive licensed agents of ICD (identified below), to steal ICD's business by, among other things, setting up sham, competing entities, interfering with the ICD Exclusive Agent Agreements, illicitly soliciting ICD's customers and prospective customers, improperly interfering with ICD's business relationships … and misappropriating ICD's confidential information and trade secrets*.<br><br>**Paragraph 23:**<br>In order to steal ICD's business, *Kratos* has appointed numerous Agents who have ICD Exclusive Agent Agreements and, *in conspiracy with Andrew Shader, Corey Shader, and NHS*, *knowingly solicited and induced such Agents to violate and breach their contractual and fiduciary obligations to ICD. Among those agents are Barbara Baca, James Hardill, Bradley Tierney, Francis Desola, Alex Geissler, Adam Bassell, Harry Slater, and Ryan Kelty.* | Pending |

3

## RELATED CIVIL CASE NO. 4

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006862<br><br>Hon. Sandra Perlman<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [D-1 and D-2]** | *ABS Healthcare Services, LLC and Health Option One, LLC*<br>v.<br>*Bradley Tierney*<br><br>(ALLEGED FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 30:**<br>"*Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC*, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, *and Richard Ryscik and the following agents: Alex Geissler, Harry Slater, Adam Bassell, Francis Desola, Barbara Baca, Ryan Kelty, and James Hardill, Defendant Tierney has engaged in a scheme to steal ICD's business*. | Defendant's Motion to Stay or Abate Proceedings Until Resolution of Prior Pending California Action **GRANTED** on June 10, 2020.<br><br>*See Related Civil Case No. 5, below.*<br><br>**Order Staying Case attached as EXHIBIT D-3.** |

## RELATED CIVIL CASE NO. 5

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Status |
|---|---|---|---|
| Superior Court of California, County of Los Angeles<br><br>No. 20SMCV00617<br><br>Hon. Craig D. Karlan<br><br>Filed: April 23, 2020<br><br>**Complaint and docket attached as EXHIBITS [E-1 and E-2]** | *Legacy Insurance Solutions LLC, and Bradley Tierney*<br>v.<br>***ABS Healthcare Services, LLC, Health Option One, LLC***, *and DOES 1-20* | Action for declaratory judgment and injunction by Bradley Tierney, an alleged former ICD agent, that the ICD Agent Agreement is an illegal and unenforceable restraint of trade. | On July 20, 2020, Judge Karlan entered a **TEMPORARY RESTRAINING ORDER** precluding **ABS Healthcare Services, LLC and Health Option One, LLC**, from enforcing any of the restrictive provisions or covenants in the Agent Agreement.<br><br>**TRO attached as EXHIBIT E-3.** |

## RELATED CIVIL CASE NO. 6

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006863<br><br>Hon. Nicholas Lopane<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [F-1 and F-2]** | ***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>***James Hardill***<br><br>(FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 30:**<br>"***Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC***, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, ***and Richard Ryscik and the following agents: Alex Geissler, Bradley Tierney, Adam Bassell, Francis Desola, Barbara Baca, Harry Slater, and Ryan Kelty, Defendant Hardill has engaged in a scheme to steal ICD's business***. | On July 6, 2020, plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice of Counts I and V.<br><br>On July 28, 2020, Motion to Compel Arbitration **GRANTED**.<br><br>On March 11, 2021, Fourth District Court of Appeal **AFFIRMED**.<br><br>On October 2, 2020, James Hardill filed Arbitration, AAA Case No. 01-20-0015-1104.<br><br>*See Related Arbitration Case No. 7 below.*<br><br>**Order Compelling Arbitration attached as EXHIBIT F-3.** |

## RELATED ARBITRATION CASE NO. 7

| Court / Case No. / Judge / Filing Date | Parties | Arbitration Claims Asserted | Status |
|---|---|---|---|
| AAA Commercial Arbitration<br><br>No. 01-20-0015-1104<br><br>Arbitrator: John Arrastia<br><br>Filed: October 2, 2020<br><br>**Complaint and docket attached as EXHIBIT [G]** | *James Hardill*<br>*v.*<br>***ABS Healthcare Services, LLC and Health Option One, LLC*** | Arbitration action by James Hardill, a former ICD agent, for declaratory relief that the ICD Agent Agreement is an unlawful and unenforceable restraint of trade and that Mr. Hardill did not receive or misappropriate ICD trade secret information. | Preliminary Hearing held on April 29, 2021. |

## RELATED CIVIL CASE NO. 8

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006870<br><br>Hon. Nicholas Lopane<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [H-1 and H-2]** | *ABS Healthcare Services, LLC and Health Option One, LLC*<br>v.<br>*Francis DeSola*<br><br>(FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 30:**<br>"*Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC,* Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, *and Richard Ryscik and the following agents: James Hardill, Bradley Tierney, Adam Bassell, Alex Geissler, Barbara Baca, Harry Slater, and Ryan Kelty, Defendant Desola has engaged in a scheme to steal ICD's business.*" | On July 6, 2020, plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice of Counts I and V.<br><br>On July 28, 2020, Motion to Compel Arbitration **GRANTED**.<br><br>On March 11, 2021, Fourth District Court of Appeal **AFFIRMED**.<br><br>On October 22, 2020, Francis DeSola filed Arbitration, AAA Case No. 01-20-0015-3776.<br><br>*See Related Arbitration Case No. 9 below.*<br><br>**Order Compelling Arbitration attached as EXHIBIT H-3.** |

## RELATED ARBITRATION CASE NO. 9

| Court / Case No. / Judge / Filing Date | Parties | Arbitration Claims Asserted | Status |
|---|---|---|---|
| AAA Commercial Arbitration<br><br>No. 01-20-0015-3776<br><br>Arbitrator: John Arrastia<br><br>Filed: October 22, 2020<br><br>**Demand for Arbitration attached as EXHIBIT [I]** | *Francis DeSola*<br>v.<br>*ABS Healthcare Services, LLC and Health Option One, LLC* | Arbitration action by Francis Desola, a former ICD agent, for declaratory relief that the ICD Agent Agreement is an unlawful and unenforceable restraint of trade and that Mr. Desola did not receive or misappropriate ICD trade secret information. | Preliminary Hearing held on April 29, 2021. |

6

## RELATED CIVIL CASE NO. 10

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006868<br><br>Hon. Michele Towbin Singer<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [J-1 and J-2]** | *ABS Healthcare Services, LLC and Health Option One, LLC*<br>v.<br>*Ryan Kelty*<br><br>(FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 30:**<br>"***Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC,*** Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, ***and Richard Ryscik and the following agents: Alex Geissler, Bradley Tierney, Adam Bassell, Francis Desola, Barbara Baca, Harry Slater, and James Hardill, Defendant Kelty has engaged in a scheme to steal ICD's business.***" | On May 12, 2020, Ryan Kelty filed a Motion to Compel Arbitration.<br><br>On September 1, 2020, plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice of Counts I and V.<br><br>On March 19, 2021, Ryan Kelty filed Arbitration, AAA Case No. 01-21-0002-3743.<br><br>*See Related Arbitration Case No 11 below.* |

## RELATED ARBITRATION CASE NO. 11

| Court / Case No. / Judge / Filing Date | Parties | Arbitration Claims Asserted | Status |
|---|---|---|---|
| AAA Commercial Arbitration<br><br>No. 01-21-0002-3743<br><br>Arbitrator: TBA<br><br>Filed: March 19, 2021<br><br>**Complaint and docket attached as EXHIBIT [K]** | *Ryan Kelty*<br>v.<br>*ABS Healthcare Services, LLC and Health Option One, LLC* | Arbitration action by Ryan Kelty, a former ICD agent, for declaratory relief that the ICD Agent Agreement is an unlawful and unenforceable restraint of trade and that Mr. Kelty did not receive or misappropriate ICD trade secret information. | Pending |

## RELATED CIVIL CASE NO. 12

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006873<br><br>Hon. Jeffrey R. Levenson<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [L-1 and L-2]** | *ABS Healthcare Services, LLC and Health Option One, LLC*<br>v.<br>*Alex Geissler*<br><br>(FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 30:**<br>"*Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC,* Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, *and Richard Ryscik and the following agents: James Hardill, Bradley Tierney, Adam Bassell, Francis Desola, Barbara Baca, Harry Slater, and Ryan Kelty,* Defendant Geissler has engaged in a scheme to steal ICD's business.*"* | On June 18, 2020, Alex Geissler filed a Motion to Compel Arbitration.<br><br>On July 14, 2020, plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice of Counts I and V.<br><br>On March 19, 2021, Alex Geissler filed Arbitration, AAA Case No. 01-21-0002-3741.<br><br>*See Related Arbitration Case No 13 below.* |

## RELATED ARBITRATION CASE NO. 13

| Court / Case No. / Judge / Filing Date | Parties | Arbitration Claims Asserted | Status |
|---|---|---|---|
| AAA Commercial Arbitration<br><br>No. 01-21-0002-3741<br><br>Arbitrator: TBA<br><br>Filed: March 19, 2021<br><br>**Demand for Arbitration attached as EXHIBIT [M]** | *Alex Geissler*<br>v.<br>*ABS Healthcare Services, LLC and Health Option One, LLC* | Arbitration action by Alex Geissler, a former ICD agent, for declaratory relief that the ICD Agent Agreement is an unlawful and unenforceable restraint of trade and that Mr. Geissler did not receive or misappropriate ICD trade secret information. | Pending |

## RELATED CIVIL CASE NO. 14

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006872<br><br>Hon. Martin J. Bidwill<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [N-1 and N-2]** | ***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>***Adam Bassell***<br><br>(FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 30:**<br>"***Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC,*** Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, ***and Richard Ryscik and the following agents: James Hardill, Bradley Tierney, Francis Desola, Alex Geissler, Barbara Baca, Harry Slater, and Ryan Kelty, Defendant Bassell has engaged in a scheme to steal ICD's business.***" | No service of process. |

# RELATED CIVIL CASE NO. 15

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006874<br><br>Hon. William W. Haury, Jr.<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [O-1 and O-2]** | ***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>***Barbara Baca***<br><br>(ALLEGED FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 30:**<br>"***Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC***, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, ***and Richard Ryscik and the following agents James Hardill, Bradley Tierney, Francis Desola, Alex Geissler, Adam Bassell, Harry Slater, and Ryan Kelty, Defendant Baca has engaged in a scheme to steal ICD's business***." | No service of process. |

## RELATED CIVIL CASE NO. 16

| Court / Case No. / Judge / Filing Date | Parties | Claims Asserted | Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-20-006865<br><br>Hon. Carlos Augusto Rodriguez<br><br>Filed: April 22, 2020<br><br>**Complaint and docket attached as EXHIBITS [P-1 and P-2]** | ***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>***Harry Slater***<br><br>(ALLEGED FORMER ICD AGENT) | **COUNT I**<br>Breach of Agent Agreement<br>**COUNT II**<br>Permanent Injunctive Relief (based on Agent Agreement)<br>**COUNT III**<br>Permanent Injunctive Relief (under FUTSA)<br>**COUNT IV**<br>Misappropriation of Trade Secrets – Disgorgement<br>**COUNT V**<br>Tortious Interference with Other Agents' Agent Agreements<br>**COUNT VI**<br>Unjust Enrichment – Constructive Trust (Trade Secrets) | **Paragraph 28:**<br>"***Working in concert with others, including Corey Shader, Andrew Shader, Adam Beeman, Joy Stormont, Infinix Media LLC, Prodigy Health Group LLC, National Health Solutions, Inc., Alliance Marketing Corporation, Kratos Investments LLC, Health Team One LLC***, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, ***and Richard Ryscik and the following agents Alex Geissler, Bradley Tierney, Adam Bassell, Francis Desola, Barbara Baca, Ryan Kelty, and James Hardill, Defendant Slater has engaged in a scheme to steal ICD's business***." | On October 6, 2020, plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice. |

# RELATED CIVIL CASE NO. 17

| Court / Case No. / Judge / Filing Date | Parties | Counterclaims Alleged by ABS Healthcare Services, LLC and Health Option One, LLC, Against Beeman's Future Inc. and C Shader Investments LLC | Counterclaim Allegations | Status |
|---|---|---|---|---|
| Broward County Circuit Court<br><br>No. CACE-21-002328<br><br>Chief Judge Jack Tuter<br><br>Filed: February 3, 2021<br><br>**ABS/HOO April 8, 2021 counterclaim and case docket attached as EXHIBIT [Q-1 and Q-2]** | *Empire Health Consultants LLC;* **Beeman's Future Inc.**; *Raven One Investments, LLC; Imperial Health Group Limited Liability Company; Prodigy Health Insurance Associates LLC;* **C Shader Investments LLC**; *Jamie Ryscik; Adrian Raventos; Albert Milano; and Robert Chamagua-Struogo*<br><br>*v.*<br><br>**ABS Healthcare Services, LLC; Health Option One, LLC**; *Ocean Consulting Group, Inc.; Seth Cohen; Arnold Cohen; and Robert Hodes* | **COUNT II**<br>Civil Conspiracy<br><br>**COUNT III**<br>Aiding and Abetting<br><br>**COUNT IV**<br>Permanent Injunction | **ABS/HOO Counterclaim Paragraph 1:**<br>"This action arises from Counter-defendants' perpetration of ***a scheme to illicitly compete against ICD, including by setting up and operating illegally-licensed insurance agencies.*** As part of this deceptive and fraudulent scheme, ***Counter-defendants arranged for insurance agencies to apply and receive licenses from the State of Florida under the guise that the agencies were owned and operated by persons lawfully entitled to own and operate them. In truth, the licensed agencies are owned and controlled by a felon who has been found guilty of trafficking in opioids and who is legally barred from owning or operating a licensed insurance agency***." | Pending |

# TABLE OF CONTENTS

| Exhibit No. | Filing / Order Date | Description | Related Civil Case / Arbitration No. |
|---|---|---|---|
| A-1<br>A-2 | 04/09/20 | Complaint (A-1) and docket sheet (A-2) from Broward County Case No. CACE-20-006195<br>Chief Judge Jack Tuter<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>***Andrew Shader, Corey Shader, National Health Solutions, Inc. ("NHS"),*** *Infinix Media LLC ("Infinix"),* ***Prodigy Health Group, LLC ("Prodigy"), Adam Beeman, Joy Stormont, Alliance Marketing Corporation ("AMC")*** | 1 |
| A-3 | 05/04/21 | Order Compelling Arbitration | 1 |
| B-1<br>B-2 | 04/15/20 | Complaint (B-1) and docket sheet (B-2) from Miami Dade Cty. Case No. 20-008460 CA 44<br>Hon. William Thomas<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>**Kratos Investments LLC, Health Team One LLC**, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, **and Richard Ryscik** | 2 |
| B-3 | 03/17/21 | Third District Court of Appeal Opinion | 2 |
| B-4 | 04/25/21 | Trial Court Order Compelling Arbitration | 2 |
| C | 05/04/21 | Demand for Arbitration<br>AAA Commercial Arbitration Case No. 01-21-0003-7170<br>Arbitrator: TBA<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>**Kratos Investments LLC, Health Team One LLC**, Complete Vital Care LLC, Vital Care One LLC, Health Essential Care LLC, **and Richard Ryscik** | 3 |

| Exhibit No. | Filing / Order Date | Description | Related Civil Case / Arbitration No. |
|---|---|---|---|
| D-1<br>D-2 | 04/22/20 | Complaint (D-1) and docket sheet (D-2) from Broward County Case No. CACE-20-006862<br>Hon. Sandra Perlman<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>*Bradley Tierney* | 4 |
| D-3 | 06/10/20 | Order Staying Case | 4 |
| E-1<br>E-2 | 04/23/20 | Complaint (E-1) and docket sheet (E-2) from Superior Court of California, County of Los Angeles Case No. 20SMCV00617<br>Hon. Craig D. Karlan<br><br>*Legacy Insurance Solutions LLC, and Bradley Tierney*<br>v.<br>***ABS Healthcare Services, LLC, Health Option One, LLC****, and DOES 1-20* | 5 |
| E-3 | 07/20/20 | Temporary Restraining Order | 5 |
| F-1<br>F-2 | 04/22/20 | Complaint (F-1) and docket sheet (F-2) from Broward County Case No. CACE-20-006863<br>Hon. Nicholas Lopane<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>v.<br>*James Hardill* | 6 |
| F-3 | 07/28/20 | Order Compelling Arbitration | 6 |

| Exhibit No. | Filing / Order Date | Description | Related Civil Case / Arbitration No. |
|---|---|---|---|
| G | 10/02/20 | Demand for Arbitration<br>AAA Commercial Arbitration Case No. 01-20-0015-1104<br>Arbitrator: John Arrastia<br><br>*James Hardill*<br>*v.*<br>***ABS Healthcare Services, LLC and Health Option One, LLC*** | 7 |
| H-1<br>H-2 | 04/22/20 | Complaint (H-1) and docket sheet (H-2) from Broward County Case No. CACE-20-006870<br>Hon. Nicholas Lopane<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>*Francis DeSola* | 8 |
| H-3 | 07/28/20 | Order Compelling Arbitration | 8 |
| I | 10/22/20 | Demand for Arbitration<br>AAA Commercial Arbitration Case No. 01-20-0015-3776<br>Arbitrator: John Arrastia<br><br>*Francis DeSola*<br>*v.*<br>***ABS Healthcare Services, LLC and Health Option One, LLC*** | 9 |
| J-1<br>J-2 | 04/22/20 | Complaint (J-1) and docket sheet (J-2) from Broward County Case No. CACE-20-006868<br>Hon. Michele Towbin Singer<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>*Ryan Kelty* | 10 |

| Exhibit No. | Filing / Order Date | Description | Related Civil Case / Arbitration No. |
|---|---|---|---|
| K | 03/19/21 | Demand for Arbitration<br>AAA Commercial Arbitration Case No. 01-21-0002-3743<br>Arbitrator: TBA<br><br>*Ryan Kelty*<br>*v.*<br>***ABS Healthcare Services, LLC and Health Option One, LLC*** | 11 |
| L-1<br>L-2 | 04/22/20 | Complaint (L-1) and docket sheet (L-2) from Broward County Case No. CACE-20-006873<br>Hon. Jeffrey R. Levenson<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>*Alex Geissler* | 12 |
| M | 03/19/21 | Demand for Arbitration<br>AAA Commercial Arbitration Case No. 01-21-002-3741<br>Arbitrator: TBA<br><br>*Alex Geissler*<br>*v.*<br>***ABS Healthcare Services, LLC and Health Option One, LLC*** | 13 |
| N-1<br>N-2 | 04/22/20 | Complaint (N-1) and docket sheet (N-2) from Broward County Case No. CACE-20-006872<br>Hon. Martin J. Bidwill<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>*Adam Bassell* | 14 |

| Exhibit No. | Filing / Order Date | Description | Related Civil Case / Arbitration No. |
|---|---|---|---|
| O-1<br>O-2 | 04/22/20 | Complaint (O-1) and docket sheet (O-2) from Broward County Case No. CACE-20-006874<br>Hon. William W. Haury, Jr.<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>*Barbara Baca* | 15 |
| P-1<br>P-2 | 04/22/20 | Complaint (P-1) and docket sheet (P-2) from Broward County Case No. CACE-20-006865<br>Hon. Carlos Augusto Rodriguez<br><br>***ABS Healthcare Services, LLC and Health Option One, LLC***<br>*v.*<br>*Harry Slater* | 16 |
| Q-1<br>Q-2 | 04/08/21 | ABS/HOO Counterclaim (Q-2) and docket sheet (Q-1) Broward County Case No. CACE-21-002328<br>Chief Judge Jack Tuter<br><br>*Empire Health Consultants LLC,* ***Beeman's Future, Inc.****, Raven One Investments, LLC, Imperial Health Group Limited Liability Company, Prodigy Health Insurance Associates LLC,* ***CShader Investments LLC****, Jamie Ryscik, Adrian Raventos, Albert Milano and Robert Chamagua-Struogo*<br>*v.*<br>***ABS Healthcare Services, LLC, Health Option One, LLC****, Ocean Consulting Group, Inc., Seth Cohen, Arnold Cohen, and Robert Hodes* | 17 |