# Exhibit B

ABS HEALTHCARE SERVICES, LLC, ET AL. vs ANDREW SHADER, ET AL.
Hearing on 04/12/2021

```
 1        IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
              IN AND FOR BROWARD COUNTY, FLORIDA
 2               CASE NO. 2020-006195 CA 07

 3
   ABS HEALTHCARE SERVICES, LLC, and
 4 HEALTH OPTION ONE, LLC,

 5          Plaintiffs,

 6       -vs-

 7 ANDREW SHADER, an individual;
   COREY SHADER, an individual;
 8 NATIONAL HEALTH SOLUTIONS, INC.;
   INFINIX MEDIA, LLC; PRODIGY HEALTH
 9 GROUP, LLC; ADAM BEEMAN, an
   individual; JOY STROMONT, an
10 individual; ALLIANCE
   MARKETING CORPORATION,
11
            Defendants.
12   _____/

13

14
               TRANSCRIPT OF VIRTUAL ZOOM
15                HEARING PROCEEDINGS

16

17         DATE TAKEN:   Monday, April 12, 2021
           TIME:         2:32 p.m.
18         PLACE:        VIRTUAL ZOOM
           BEFORE:       Honorable Jack Tuter,
19                       Chief Judge

20

21
           This cause came on to be heard at the time and
22     place aforesaid, when and where the following
       proceedings were stenographically reported by:
23
                MAIRELYS ALBO, RPR
24

25
```

```
 1   APPEARANCES:

 2
     On behalf of the Plaintiffs:
 3   BOIES SCHILLER & FLEXNER, LLP
     401 East Las Olas Boulevard
 4   Suite 1200
     Fort Lauderdale, Florida 33301
 5   954.356.0011
     BY: CARLOS MARIO SIRES, ESQUIRE (VIA ZOOM)
 6       SIGRID S. MCCAWLEY, ESQUIRE (VIA ZOOM)
     CSIRES@BSFLLP.COM
 7   SMCCAWLEY@BSFLLP.COM

 8   On behalf of Andrew Shader, Corey
     Shader, National Health Solutions, Inc.,
 9   and Alliance Marketing Corporation:
     CARLTON FIELDS, P.A.
10   100 Southeast 2nd Street
     Suite 4200
11   Miami, Florida 33131
     305.530.0050
12   BY: CLIFTON GRUHN, ESQUIRE (VIA ZOOM)
     CGRUHN@CARLTONFIELDS.COM
13
     On behalf of Prodigy Health Group, LLC, Adam Beeman,
14   and Joy Stormont:
     COZEN O'CONNOR
15   200 South Biscayne Boulevard
     Suite 3000
16   Miami, Florida 33131
     305.358.1991
17   BY: JAMES A. GALE, ESQUIRE (VIA ZOOM)
         SAMUEL A. LEWIS, ESQUIRE (VIA ZOOM)
18   JGALE@COZEN.COM
     SLEWIS@COZEN.COM
19
     On behalf of Infinix Media, LLC:
20   WEISS SEROTA HELFMAN COLE & BIERMAN
     1200 North Military Trail
21   # 310
     Boca Raton, Florida 33431
22   561.835.2111
     BY: HOWARD DAVID DUBOSAR, ESQUIRE (VIA ZOOM)
23   HDUBOSAR@WSH-LAW.COM

24

25
```

```
 1   Thereupon,
 2   the following proceedings began at 2:32 p.m.:
 3            THE COURT:  So this is the Defendants'
 4       motion -- amended motion or renewed motion
 5       to compel arbitration.
 6            If I've got it right, looking at the
 7       history of this, someone asked me to stay
 8       this case pending the outcome of some
 9       District Court of Appeal cases that someone
10       argued were going to be dispositive of the
11       outcome of the motion before me.
12            I did look at this Kratos case and I
13       saw that there were two Fourth DCA cases
14       that were PCA'd, but I'm not sure a PCA is
15       of very much authority to me.
16            So it's the Defendants' motion.  Who
17       wants to argue this?
18            MR. GALE:  May it please the Court,
19       Your Honor.  This is Jim Gale on behalf of
20       Defendants Prodigy Health Group, Adam
21       Beeman, and Joyce Stormont.  But just so you
22       know, Your Honor, the other Defendants have
23       joined in to the motion to amend or Infinix
24       has joined in to the motion to stay.  So I'm
25       pretty much arguing on behalf of all
```

```
 1    transcript, please.
 2            I'll try to get it --
 3            MR. GALE:  This -- today's transcript?
 4            THE COURT:  Yes.
 5            MR. GALE:  Okay.
 6            THE COURT:  I would just say, because
 7    I'm going to read this transcript later, I'm
 8    just not certain I -- if I were sitting
 9    where Mr. Sires is sitting, I think I'd
10    probably argue what he was arguing.  But I
11    guess as I'm listening to him argue if the
12    holding in Kratos was different than the
13    holding is, and the holding was more
14    favorable to him I would say he would say on
15    all fours this case is completely applicable
16    as does Mr. Gale seem to argue.
17            So I think this Kratos case, many of
18    the things that are referenced in here, are
19    important to my decision in this case.  I
20    can't see how I could just ignore their
21    holding because so much of this seems to be
22    interdependent upon the other.  I'll issue a
23    written decision hopefully within two weeks
24    after I get the transcript.  If you do not
25    have a written decision within two weeks
```

```
 1   after I get the transcript the moving party
 2   should send me an e-mail and give me a
 3   reminder that I've had it under advisement
 4   for more than two weeks.  Okay?
 5         MR. GRUHN:  Your Honor, one minute, if
 6   I may?  This is Cliff Gruhn from Carlton
 7   Fields.  I may have missed appearances.  I
 8   had some technical difficulties.  I just
 9   wanted to make sure I was on the record.
10         THE COURT:  You're on the record now,
11   sir.
12         All right.  Thank you.  Have a good day
13   folks.
14         MR. SIRES:  Thank you.
15         MR. GALE:  Thank you, Your Honor.
16         (Thereupon, the proceedings were
17   concluded at 3:32 p.m.)
18
19
20
21
22
23
24
25
```