UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ABS HEALTHCARE SERVICES, LLC,            CASE NO. 0:21-CV-60859-RKA
HEALTH OPTION ONE, LLC, and
ONE STOP QUOTES, INC.,

           Plaintiffs,

v.

ANDREW SHADER, COREY SHADER,
NATIONAL HEALTH SOLUTIONS, INC.,
INFINIX MEDIA LLC, PRODIGY
HEALTH GROUP LLC, ADAM BEEMAN,
JOY STORMONT, ALLIANCE MARKETING
CORPORATION, KRATOS INVESTMENTS LLC,
HEALTH TEAM ONE LLC, RICHARD RYSCIK,
SCOTT OFFUTT, BEEMAN'S FUTURE INC.,
CS MARKETING LLC, and C SHADER
INVESTMENTS LLC,

           Defendants.
_____/

**NOTICE OF STRIKING JOINT CONSOLIDATED REPLY
IN SUPPORT OF JOINT MOTION FOR SANCTIONS PURSUANT
TO THE COURT'S INHERENT AUTHORITY FILED ON SEPTEMBER 9, 2021**

Pursuant to the Clerk of Court's Notice to File (ECF No. 62), undersigned counsel gives notice of striking Defendants' Reply in Support of Joint Motion for Sanctions Pursuant to the Court's Inherent Authority (ECF No. 61), which is being refiled by the attorney whose name appears on the first line of the signature block.

Dated: September 10, 2021.

                                                    By: **David M. Stahl**
                                                        David M. Stahl / Fla. Bar No. 84713
                                                        Email: dstahl@cozen.com
                                                        Samuel A. Lewis / Fla. Bar No. 55360
                                                        E-mail: slewis@cozen.com
                                                        James A. Gale / Fla. Bar No. 371726
                                                        E-mail: jgale@cozen.com

2

>Jonathan E. Gale / Fla. Bar. No. 106938
>E-mail:  jegale@cozen.com
>COZEN O'CONNOR
>Southeast Financial Center
>200 South Biscayne Blvd., Suite 3000
>Miami, Florida 33131
>Phone:  305-704-5940
>
>*Counsel for Defendants Prodigy Health Group LLC, Adam Beeman, Joy Stormont, Kratos Investments LLC, Health Team One LLC, Richard Ryscik, Beeman's Future Inc. and C Shader Investments LLC*