# EXHIBIT "A"

**Stahl, David**

| | |
|---|---|
| **From:** | Lewis, Samuel |
| **Sent:** | Thursday, September 23, 2021 8:31 PM |
| **To:** | Carlos Sires; Sigrid McCawley |
| **Cc:** | breid@carltonfields.com; cgruhn@carltonfields.com; Stahl, David; HDuBosar@wsh-law.com; Gale, James; agrunspan@carltonfields.com |
| **Subject:** | RE: Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al |

Sigrid and Carlos:

I do not believe that Judge Altman will appreciate the Plaintiffs' approach to what was supposed to be a joint report and the unilateral filing that Mr. Simons indicates is being finalized.

I believe that we should be submitting a relatively short status report advising as to the pending arbitrations, and raising the issue as to whether Judge Altman intended the claims in the RICO action to proceed in the previously-existing arbitrations or in a separate new arbitration. That sort of report is more likely to result in Judge Altman providing the parties with the guidance needed.

I earlier requested that you revise the draft joint report so that it could be filed as a joint report, not as combined unilateral reports where counsel do little more than waste the Court's time with unnecessary and irrelevant ad hominem attacks (much less the 8-pages worth, supplemented with copies of exhibits). Either my request has fallen on deaf ears, or you are allowing Mr. Simons to run amok. Try as he may, Mr. Simons cannot justify the unilateral filing, particularly given the timing. Then again, as counsel of record, you—not Mr. Simons—are the ones who will have to take responsibility for the unilateral filing, even though neither of you has bothered to have any interactions with other counsel of record in this matter regarding the joint report.

I reiterate my request for you to provide us with a draft joint report that can be submitted as a joint report consistent with the Court's Order, and not combined unilateral reports. The hour is drawing late.

Regards,
--Sam

---

**From:** David Simons <dsimons@BSFLLP.com>
**Sent:** Thursday, September 23, 2021 7:34 PM
**To:** Lewis, Samuel <slewis@cozen.com>; Carlos Sires <csires@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>
**Cc:** breid@carltonfields.com; cgruhn@carltonfields.com; Stahl, David <dstahl@cozen.com>; HDuBosar@wsh-law.com; Gale, James <jgale@cozen.com>; agrunspan@carltonfields.com
**Subject:** RE: Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al

**\*\*EXTERNAL SENDER\*\***

Hi Sam,

Thanks for your email. Based on your colleague Jim Gale's repeated representations from earlier today that you would not add your position to the joint status report we drafted, we have already proceeded to finalize a status report that clearly indicates it is only Plaintiffs' position. We will file that this evening.

To be clear, Plaintiffs' counsel was under no obligation to draft the entirety of the joint status report and our expectation was that Defendants were working on their own language in advance of the Court's deadline. Indeed, your email from last night indicated that you would "fill in the Defendants' positions." As soon as we had a draft ready, we sent you the draft with a placeholder for Defendants' positions. Most of the draft is a verbatim recitation of correspondence with your firm as well as excerpts from your own filings in this matter, so we did not expect anything would catch you by surprise.

Best,
David


David L. Simons
dsimons@bsfllp.com
(m) 617-840-6478

---

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Thursday, September 23, 2021 5:29 PM
**To:** Carlos Sires <csires@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>
**Cc:** breid@carltonfields.com; cgruhn@carltonfields.com; Stahl, David <dstahl@cozen.com>; HDuBosar@wsh-law.com; Gale, James <jgale@cozen.com>; David Simons <dsimons@BSFLLP.com>; agrunspan@carltonfields.com
**Subject:** RE: Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al


**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

---

Sigrid and Carlos:

David Simons (who is not counsel of record in this matter, is not admitted to practice before this Court, and who has not been admitted pro hac vice) is in no position to demand that we provide you with our changes by 5pm. I have copied Mr. Simons on this e-mail solely as a courtesy. In light of the absurd draft of what purports to be a "joint report" that Mr. Simons sent us this afternoon (without copying all counsel of record), perhaps you should keep the following in mind:

1) Yesterday, we had to remind you that a joint report was due in this matter, and to request that you prepare a joint report for our consideration.
2) We received Mr. Simons' draft of the joint report at 2pm today. You know very well that there are three separate firms representing various Defendants in this matter, and that it takes time to coordinate any sort of joint report. Yet, Mr. Simons apparently thought it was reasonable for Plaintiffs to take last night and most of today to prepare a lengthy unilateral report, complete with references to exhibits to be attached to the report (which he did not have the courtesy to send with his draft), and to then demand that Defendants provide "their portion" within 3 hours.
3) The document Mr. Simons sent as the joint report is the antithesis of a joint report. It is simply two (or more) unilateral reports, except that Plaintiffs have taken the time to create a one-sided vituperative attack directed at both parties and counsel.

Under the circumstances, we respectfully suggest you eliminate much of the unnecessary invective and superfluous material from what you propose to file as a joint report, and then send us a draft which, if you were representing one of the Defendants in the matter, you would agree to sign as a joint report.

Regards,
--Sam

---

**From:** David Simons <dsimons@BSFLLP.com>
**Sent:** Thursday, September 23, 2021 3:21 PM
**To:** Gale, James <jgale@cozen.com>; Lewis, Samuel <slewis@cozen.com>
**Cc:** Carlos Sires <csires@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; John Gerardi <jgerardi@bsfllp.com>; breid@carltonfields.com; cgruhn@carltonfields.com; Stahl, David <dstahl@cozen.com>; HDuBosar@wsh-law.com; Gomez-Rodon, Ashley <AGomez-Rodon@cozen.com>
**Subject:** RE: Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al

**\*\*EXTERNAL SENDER\*\***

Hi Jim et at:

We drafted the Joint Status Report to make clear what was Plaintiffs' position (clearly labeled as such) and what was Defendants' position (again, clearly labeled as such). Should different Defendants have different positions you are of course able to include different statements for each. But if you are unwilling to abide by the Court's order and add Defendants' position(s) into a joint filing, we will have no choice but to file Plaintiffs' status update separately. Please let us know by 5pm whether you are willing to provide Defendants' positions for inclusion in a joint filing. Thanks.

Best,

David L. Simons
dsimons@bsfllp.com
(m) 617-840-6478

---

**From:** Gale, James <jgale@cozen.com>
**Sent:** Thursday, September 23, 2021 2:56 PM
**To:** David Simons <dsimons@BSFLLP.com>; Lewis, Samuel <slewis@cozen.com>
**Cc:** Carlos Sires <csires@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; John Gerardi <jgerardi@bsfllp.com>; breid@carltonfields.com; cgruhn@carltonfields.com; Stahl, David <dstahl@cozen.com>; HDuBosar@wsh-law.com; Gomez-Rodon, Ashley <AGomez-Rodon@cozen.com>
**Subject:** RE: Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

We will not agree to put our names on what you have set forth. Try to be a just a little even-handed if you want to submit a joint report to the court. Also, since we have different positions among the defendants, we need to have a different statement for each counsel and its respective set of clients.



**James A. "Jim" Gale**
**Registered Patent Attorney**
**Board Certified, Intellectual Property**
**Co-Chair, Intellectual Property Litigation | Cozen O'Connor**
Southeast Financial Center 200 South Biscayne Blvd, Suite 3000 | Miami, FL 33131
P: 305-358-1991 C: 954-610-5777 F: 305-720-2192
Email | Bio | Map | cozen.com

**From:** David Simons <dsimons@BSFLLP.com>
**Sent:** Thursday, September 23, 2021 1:58 PM
**To:** Lewis, Samuel <slewis@cozen.com>
**Cc:** Carlos Sires <csires@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>; John Gerardi <jgerardi@bsfllp.com>; breid@carltonfields.com; cgruhn@carltonfields.com; Gale, James <jgale@cozen.com>; Stahl, David <dstahl@cozen.com>; HDuBosar@wsh-law.com; Gomez-Rodon, Ashley <AGomez-Rodon@cozen.com>
**Subject:** RE: Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al

**\*\*EXTERNAL SENDER\*\***

Dear Counsel:

Attached is a draft joint status update report that includes Plaintiffs' position and includes a placeholder at the end for Defendants to include their position(s). Once you have inserted your position(s), please let us know and confirm whether we have authorization to file the document. Thanks very much

Best,

David L. Simons
dsimons@bsfllp.com
(m) 617-840-6478

**From:** David Simons
**Sent:** Thursday, September 23, 2021 12:53 PM
**To:** slewis@cozen.com
**Cc:** Carlos Sires <csires@BSFLLP.com>; Sigrid McCawley <Smccawley@BSFLLP.com>; John Gerardi <jgerardi@BSFLLP.com>; breid@carltonfields.com; cgruhn@carltonfields.com; jgale@cozen.com; dstahl@cozen.com; HDuBosar@wsh-law.com; AGomez-Rodon@cozen.com
**Subject:** RE: Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al

Hi Sam et al:

We are working on a draft of Plaintiffs' position for the status update and will include a section for you to insert Defendants' position. We will send you the draft when it's ready.

Best,
David

**From:** Lewis, Samuel <slewis@cozen.com>
**Sent:** Wednesday, September 22, 2021 7:15:18 PM
**To:** Carlos Sires <csires@bsfllp.com>; Sigrid McCawley <smccawley@bsfllp.com>
**Cc:** Gomez-Rodon, Ashley <AGomez-Rodon@cozen.com>; breid@carltonfields.com <breid@carltonfields.com>; cgruhn@carltonfields.com <cgruhn@carltonfields.com>; Gale, James <jgale@cozen.com>; Stahl, David <dstahl@cozen.com>; HDuBosar@wsh-law.com <HDuBosar@wsh-law.com>
**Subject:** Case 0:21-cv-60859-RKA ABS Healthcare Services, LLC et al v. Shader et al

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Sigrid and Carlos:

Pursuant to the Court's Order [ECF No. 51], the parties are required to jointly file a report with the Court every thirty (30) days after the date of the Order. Accordingly, please forward us a draft report for our consideration and so that we can fill in the Defendants' positions.

Regards,
--Sam



**Samuel Lewis**
**Board Certified in Intellectual Property Law**
**Co-Chair, Copyright Practice**
**Member | Cozen O'Connor**
Southeast Financial Center, 200 South Biscayne Blvd., Suite 3000 | Miami, FL 33131
P: 305-397-0799 F: 305-720-2271
Pronouns: he, him, his
| Email | Bio | Map | cozen.com

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to**

*the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.*

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]