UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-60859-RKA

ABS HEALTHCARE SERVICES, LLC,
HEALTH OPTION ONE, LLC and
ONE STOP QUOTES, INC.

   Plaintiffs,
vs.

ANDREW SHADER, COREY SHADER,
NATIONAL HEALTH SOLUTIONS, INC.,
INFINIX MEDIA LLC, PRODIGY
HEALTH GROUP LLC, ADAM
BEEMAN, JOY STORMONT,
ALLIANCE MARKETING CORPORATION,
KRATOS INVESTMENTS LLC, HEALTH
TEAM ONE LLC, RICHARD RYSCIK,
SCOTT OFFUTT, BEEMAN'S FUTURE INC.,
CS MARKETING LLC, and C SHADER
INVESTMENTS LLC,

   Defendants.
_____/

**STATUS UPDATE OF DEFENDANTS ANDREW SHADER,
COREY SAHDER, NATIONAL HEALTH SOLUTIONS, INC.,
AND ALLIANCE MARKETING CORPORATION**

  Defendants Andrew Shader, Corey Shader, National Health Solutions, Inc., and Alliance Marketing Corporation (the "Shader Defendants") hereby provide the Court with a Status Update in accordance with the Court's Order [ECF No. 51 at 2].

  The Shader Defendants met all deadlines imposed by the American Arbitration Association ("AAA"), including the deadlines to address consent to the AAA's administration and to hold in abeyance the following matter: *ABS Healthcare Services, LLC et al. v. Shader, et al.*, No. 01-21-0016-2388. As it currently stands, the Shader Defendants consented to the AAA's administration

1

of that matter and to hold it in abeyance. On September 24, 2021, pursuant to the parties' agreement, the AAA held the matter in abeyance.

                Respectfully submitted,

By: /s/ Benjamine Reid
    Benjamine Reid / Fla. Bar No. 183522
    E-mail: bried@carltonfields.com
    Alan Grunspan / Fla. Bar No. 451150
    E-mail: agrunspan@carltonfields.com
    Clifton R. Gruhn / Fla. Bar No. 72542
    E-mail: cgruhn@carltonfields.com
    CARLTON FIELDS, P.A.
    700 NW 1st Avenue
    Miami, Florida 33136
    Telephone: 305-530-0050

***Counsel for Respondents Andrew Shader, Corey Shader, National Health Solutions, Inc., and Alliance Marketing Corporation***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

    /s/ Benjamine Reid
    BENJAMINE REID